Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*NY Black and Gold Corporation*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# SAN DIEGO DIVISION

| | |
|---|---|
| NY BLACK AND GOLD CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PERETTI HILL LLC,<br><br>Defendant. | CASE NO.: **'23CV1982 BAS KSC**<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**(INJUNCTIVE RELIEF DEMANDED)** |

Plaintiff NY BLACK AND GOLD CORPORATION by and through its undersigned counsel, brings this Complaint against Defendant PERETTI HILL LLC for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1. Plaintiff NY BLACK AND GOLD CORPORATION ("B+G") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute B+G's original copyrighted Works of authorship.

2. B+G is a creative social media and photography marketing agency. Their goal is to elevate brand narratives with custom photography and grow social media accounts through a curated, data-driven approach to management. B+G's full suite of services also includes social media ad management and micro-influencer development, and social content production. They work with brands spanning a diverse range of consumer product goods, from fashion to beauty to wellness and beyond.

3. Defendant PERETTI HILL LLC ("Peretti") is a company that specializes in on-location hair and make-up styling. Peretti, located in San Diego, California, offers its services for local, long distance and destination weddings. In addition to the services, Peretti sells styling products such as false eyelashes, hair extensions, volume inserts and hair accessories, as well as courses on bridal hair styling and makeup artistry, which range from $500 to $2,250. At all times relevant herein, Peretti owned and operated the internet website located at the URL www.perettihill.com (the "Website").

4. B+G alleges that Defendant copied B+G's copyrighted Works from the internet in order to advertise, market and promote its business activities. Peretti committed the violations alleged in connection with Defendant's business for purposes of advertising and promoting sales to the public in the course and scope of the Peretti's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in California.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Peretti

engaged in infringement in this district, Peretti resides in this district, and Peretti is subject to personal jurisdiction in this district.

### DEFENDANT

9. Peretti Hill LLC is a California Limited Liability Company, with its principal place of business at 9265 Dowdy Drive, #103, San Diego, California, 92126, and can be served by serving its Registered Agent, Nichell Hurley, 8953 Capcano Road, San Diego, CA 92126

### THE COPYRIGHTED WORKS AT ISSUE

10. The below table details the Copyright Titles, Registration Numbers and Registration Issue Dates of the works of intellectual property at issue in this case, which are referred to herein as the "Works." Copies of the Works are attached hereto as **Exhibit 1**. Copies of the Registration Certificates are attached hereto as **Exhibit 2**.

| **Title** | **Registration Date** | **Registration Number** |
|---|---|---|
| 1338_3 613_1338_Glam_0360 | April 23, 2020 | VA-2-205-488 |
| 1338_3 12_1338_Glam_0337 | April 23, 2020 | VA 2-205-488 |
| 1338_2_1338_Glam_0305 | April 23, 2020 | VA 2-205-488 |
| 1338_9_1338_Glam_0322 | April 23, 2020 | VA 2-205-488 |

11. B+G registered the Works with the Register of Copyrights on April 23, 2020, and was assigned registration number VA-2-205-488. The Certificate of Registration is attached hereto as **Exhibit 1**.

12. B+G's Works are protected by copyright but were not otherwise confidential, proprietary, or trade secrets.

13. At all relevant times B+G was the owner of the copyrighted Works at issue in this case.

COMPLAINT FOR COPYRIGHT INFRINGEMENT    ****

## INFRINGEMENT BY PERETTI

14. Peretti has never been licensed to use the Works at issue in this action for any purpose.

15. On a date after the Works at issue in this action were created, but prior to the filing of this action, Peretti copied the Works.

16. On or about January 19, 2022, B+G discovered the unauthorized use of its Works on the Website as the main images for hair extension products.

17. Peretti copied B+G's copyrighted Works without B+G's permission.

18. After Peretti copied the Works, it made further copies and distributed the Works on the internet to promote the sale of goods and services as part of its hair and makeup styling business.

19. Peretti copied and distributed B+G's copyrighted Works in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

20. B+G's Works are protected by copyright but is not otherwise confidential, proprietary, or trade secrets.

21. Peretti committed copyright infringement of the Works as evidenced by the documents attached hereto as **Exhibit 3.**

22. B+G never gave Defendant permission or authority to copy, distribute or display the Works at issue in this case.

23. B+G notified Peretti of the allegations set forth herein on December 13, 2022 and January 10, 2023. To date, the parties have failed to resolve this matter.

## COUNT I
## COPYRIGHT INFRINGEMENT

24. B+G incorporates the allegations of paragraphs 1 through 23 of this Complaint as if fully set forth herein.

25. B+G owns a valid copyright in the Works at issue in this case.

COMPLAINT FOR COPYRIGHT INFRINGEMENT ****

26. B+G registered the Works at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

27. Peretti copied, displayed, and distributed the Works at issue in this case and made derivatives of the Works without B+G's authorization in violation of 17 U.S.C. § 501.

28. Peretti performed the acts alleged in the course and scope of its business activities.

29. Defendant's acts were willful.

30. B+G has been damaged.

31. The harm caused to B+G has been irreparable..

WHEREFORE, the Plaintiff NY BLACK AND GOLD CORPORATION prays for judgment against the Defendant PERETTI HILL LLC that:

    a. Peretti and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

    b. Peretti be required to pay B+G its actual damages and Defendant's profits attributable to the infringement, or, at B+G's election, statutory damages, as provided in 17 U.S.C. § 504;

    c. B+G be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon;

    d. B+G be awarded pre- and post-judgment interest; and

    e. B+G be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

B+G hereby demands a trial by jury of all issues so triable.

DATED: October 26, 2023               Respectfully submitted,

COMPLAINT FOR COPYRIGHT INFRINGEMENT        ****

SRIPLAW
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK

*/s/Matthew L. Rollin*
MATTHEW L. ROLLIN
**SRIPLAW, P.A.**
*Counsel for Plaintiff  NY Black and Gold Corporation*