# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NY BLACK AND GOLD CORPORATION,<br><br>                    Plaintiff,<br><br>  v.<br><br>PERETTI HILL LLC,<br><br>                    Defendant. | Case No. 23-cv-1982-BAS-KSC<br><br>**ORDER GRANTING UNOPPOSED REQUEST FOR EXTENSION (ECF No. 7)** |

      Before the Court is Plaintiff NY Black and Gold Corporation's Motion for Extension of Time, requesting an additional twenty-one (21) days for Defendant to file its Answer to Plaintiff's Complaint. (ECF No. 7.) Plaintiff made this Motion after conferring with Defendant and learning Defendant has yet to retain counsel for this matter. (*Id.*, ¶ 3.) Plaintiff made this Motion at the request of Defendant and states that the Motion "will not prejudice either party or the Court." (*Id.*, ¶¶ 5–6.) Accordingly, good cause appearing, Plaintiff's Motion is hereby **GRANTED**, and Defendant is **ORDERED** to file its response on or before **February 6, 2024**.

      **IT IS SO ORDERED.**

**DATED: January 17, 2024**

Hon. Cynthia Bashant
United States District Judge

- 1 -

23cv1982